JON M. SANDS
Federal Public Defender
JAY V. SAGAR
Assistant Federal Public Defender
State Bar No. 024111
jay_sagar@fd.org
407 W. Congress, Suite 501
Tucson, AZ  85701-1355
Telephone: (520)879-7500
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Jorge Eleazar Soto-Estrella,<br><br>  Defendant. | CR14-1995-TUC-RM (CRP)<br><br>NOTICE OF DEFENDANT'S INTENT TO INTRODUCE EXPERT WITNESS TESTIMONY AT TRIAL PURSUANT TO RULE 16(b)(1)(C), FED. R. CRIM. P. AND RULE 702, FED. R. EVID. |

  The Defendant, Jorge Eleazar Soto-Estrella, by and through counsel, and pursuant to Rule 16(b)(1)(C), Fed. R. Crim. P. and Rule 702, Fed. R. Evid., hereby provides notice of his intent to call Dr. Peter Chalk as an expert witness at trial.

I. **Expert Qualifications**

  Dr. Chalk is a transnational security and policy expert whose research focuses on security threats.  He holds an M.A. in Political Studies and International Relations from the University of Aberdeen, Scotland, and a Ph.D. in Political Science from the University of British Columbia, Canada. He has been a Professor at the University of Queensland, Australia and is currently an Adjunct Professor and Subject Matter Expert (SME) at the

Naval Postgraduate School, Monterey, California. He has appeared before Congressional House and Senate committees providing expert testimony on terrorism and organized crime. He has also been an expert witness in federal trials in Australia and the United States.[1]

Dr. Chalk has published articles and books related to Mexican criminal organizations, in which he describes Mexico's drug cartels, the violence associated with these organizations, and corruption by Mexican government officials. Specific publications regarding Mexican criminal organizations include: 1) "Border Disorder." *IHS Jane's Intelligence Review* (May 2015);[2] 2) "Mexico's New Strategy to Combat Drug Cartels: Evaluation of the National Gendarmerie." *CTC Sentinel*, Vol. 6, Issue 5, (May 2013); 3) "Profiles of Mexico's Seven Major Drug Trafficking Organizations." *CTC Sentinel*, Vol. 5, Issue 1 (January 2012); 4) <u>The South American Drug Trade: Scope, Dimensions, Impact, and Response</u>. Santa Monica, CA: RAND (2011); and 5) "Welcome to the Jungle: Mexican Drug Cartels Move Into Colombia." *IHS Jane's Intelligence Review* (April 2010).

These publications include an analysis of the security situation in Mexico, the escalation of violence due to the narcotics trade and recent government policies, and the effect of corruption within the police force and government. For example, in his book "The South American Drug Trade," which includes a detailed chapter on the Mexican drug trade, he notes that "[a]part from fostering extreme violence, the narcotics trade has decisively undermined political stability in Mexico by feeding pervasive corruption throughout the

---

[1] Dr. Chalk was qualified as an expert witness in connection with a duress defense in *United States v. Sinhue Mellado-Aceves*, CR12-2332, before Chief Judge Raner C. Collins and in *United States v. Alfaro-Sandoval*, CR13-1603, before Judge Cindy K. Jorgensen.

[2] Jane's Intelligence Review covers international security, state stability, and serious and organized crime, among other issues, for use by the business community and government and military officials.

police and administrative bureaucracy." *Id.* at p. 43.  Additionally, in one of his articles for the CTC Sentinel, a publication of the Combating Terrorism Center at West Point, he writes that former President Felipe Calderon's approach toward the cartels "had little impact on corruption" and they have "retained inroads to both the Federal Police and the judicial system, reflected by the remarkable state of impunity that presently exists in Mexico." "Mexico's New Strategy to Combat Drug Cartels: Evaluation of the National Gendarmerie." CTC Sentinel, Vol. 6, Issue 5, (May 2013).  Furthermore, according to Dr. Chalk, "[c]artels continue to enjoy an exceptionally strong influence over municipal law enforcement…" *See id.*

As Dr. Chalk notes in another article, "Drug Trafficking Organizations (DTO's) in Mexico have emerged with alarming speed during the last several years, plunging the country's northern border states into a virtual war zone as they compete for lucrative smuggling routes into the United States" and the DTO's benefit "from pervasive corruption that has extended to the highest echelons of Mexico's law enforcement bureaucracy." "Profiles of Mexico's Seven Major Drug Trafficking Organizations."  CTC Sentinel, Vol. 5, Issue 1 (January 2012).  Also, in a recent article, "Border Disorder," Dr. Chalk examines in detail the flow of illegal drugs from Mexico into the U.S., the "pervasive culture of cartel-induced corruption in northern Mexico," the specific criminal organizations that dominate the trafficking corridors along the U.S.-Mexico border, and the sophisticated means utilized by the cartels to move their contraband across the border. *IHS Jane's Intelligence Review* (May 2015).

Dr. Chalk has gained direct experience by traveling to Mexico to meet with U.S. Embassy officials and members of U.S. law enforcement agencies operating in Mexico, including officials with the Drug Enforcement Agency (DEA), the Federal Bureau of Investigation (FBI), and U.S. Special Forces during a trip sponsored by the RAND Corporation in Mexico City. He has also met with Customs and Border Protection (CBP) officials at the Nogales Port of Entry regarding drug trafficking trends and current issues. Dr. Chalk is thus well informed as to the current security status of Mexico, including the impact of cartel violence on civil society and institutions.

II. **Relevance of Expert Testimony to Mr. Soto-Estrella's Duress Defense**

Under Rule 702, Fed. R. Evid., expert testimony is admissible if the expert's "specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue," and the testimony is based on sufficient facts and reliable research methodology. An expert may be qualified as such by his "knowledge, skill, experience, training, or education." As detailed in Section I, *supra*, Dr. Chalk's education, research, and experience qualify him as a security and policy expert on Mexico. His testimony will assist the trier of fact in understanding the evidence because it is expected that the trial will involve evidence as to coercion and threats of violence in the context of drug trafficking organizations operating in Mexico.

Furthermore, Dr. Chalk's testimony is necessary to assist the jury in determining several facts in issue. First, one of the elements of the defense of duress, coercion, or compulsion is that "the defendant had a well-grounded fear that the threat of death or serious bodily injury would be carried out." *See* Ninth Circuit Model Criminal Jury

Instructions, 6.5 (2014).  Dr. Chalk's expertise will help provide context as to why Mr. Soto-Estrella's fear was "well-grounded," given the overall security situation in Mexico, particularly in the state of Sonora, and the violent tactics of drug trafficking organizations.  Second, another element of the duress defense is whether "the defendant had no reasonable opportunity to escape the threatened harm."  *See id.*  Dr. Chalk's testimony regarding the corruption within police forces and governmental institutions in Mexico will assist the jury in determining whether there was a "reasonable opportunity" to avoid or escape the threatened harm.  Dr. Chalk's specialized knowledge and expertise will thus provide the fact-finder with valuable assistance regarding several critical issues in the case.

III. **Conclusion**

Based on the foregoing, Mr. Soto-Estrella respectfully submits this Notice of Intent to Introduce Expert Witness Testimony at Trial.

SUBMITTED: October 20, 2015.

JON M. SANDS
Federal Public Defender

*/s/Jay V. Sagar*
JAY V. SAGAR
Assistant Federal Public Defender

*Certificate of Service*

*I hereby certify that on October 20, 2015, I electronically transmitted the attached document (along with a copy of all attachments) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:*

Christopher Brown
Assistant U.S. Attorney